C. C. HERRINGTON, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

Where, after the argument of a criminal case in this court, but before the judgment is pronounced, the defendant dies, the proceedings abate, and no decision will be pronounced.   (R.)

Criminal law.   Practice in the Supreme Court.   Before the Supreme Court.   January Term, 1875.

The above head-note sufficiently reports this case.

W. F. WRIGHT; PEEPLES & HOWELL, for plaintiff in error.

JOHN T. GLENN, solicitor general, for the state.

---

M. C. DAVIS, plaintiff in error, *vs.* THOMAS W. SIMS, administrator, defendant in error.

Where the clerk's certificate to the bill of exceptions is not signed, but has simply the seal of the court thereto attached, the writ of error will be dismissed.   (R.)

Bill of exceptions.   Certificate.   Seal.   Practice in the Supreme Court.   January Term, 1875.

The above head-note explains itself.

L. L. MIDDLEBROOKS, for plaintiff in error.

E. WOMACK, for defendant.